IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                  Plaintiff,

Vs.                            Case No. 05-3179-SAC
                                          98-40076-01-SAC

RAY LEE D'ARMOND, JR.,

                  Defendant.

MEMORANDUM AND ORDER

This case comes before the court on the defendant's motion to proceed in forma pauperis on appeal. This court has previously denied defendant's motion to vacate pursuant to 28 U.S.C.§ 2255 (Dk. 181), defendant's motion for leave to proceed in forma pauperis, which the court construed as relating solely to the § 2255 motion and not to any subsequent appeal (Dk. 182), and defendant's subsequent application for

1

issuance of a certificate of appealability (Dk. 189).

In support of his motion, defendant shows the court a letter he received from the Tenth Circuit, informing him that his appeal has been docketed but may be dismissed if he fails to pay fees or file for leave to proceed without prepayment of fees.  Defendant additionally shows the court a certified copy of his inmate trust account indicating that he is indigent, meeting the requirements of 28 U.S.C. § 1915.   The court has reviewed petitioner's limited financial resources and grants petitioner's motion for leave to proceed in forma pauperis.

IT IS THEREFORE ORDERED that defendant's motion for leave to appeal in forma pauperis (Dk. 191) is granted.

Dated this 10th day of November, 2005, Topeka, Kansas.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge